UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14289-CIV-CANNON

**LISA PULVER**,

    Plaintiff,

v.

**ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a *sua sponte* examination of the record. On **July 19, 2021**, the Court entered a Notice of Court Practices in Removal Cases [ECF No. 3]. In that Order, the Court required Defendant to file and serve a Removal Status Report by no later than **August 19, 2021**. To date, no Removal Status Report has been filed, nor has Defendant filed a motion for an extension of time do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant shall file a Removal Status Report by **no later than September 16, 2021**. Failure to do so will result in remand of the action.

**DONE AND ORDERED** at Fort Pierce, Florida, this 13th day of September 2021.

                                                   **AILEEN M. CANNON**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record